MAX H. SLOMAN, Respondent, v. N. S. Low & Co., INC., Appellant.—Action by plaintiff for his wrongful discharge in breach of a written contract of employment dated November 1, 1927; said contract was for the term of five years from said date. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SAMUEL MARER, Appellant, v. ESTHER WEINER, Respondent.— The action was brought to cancel two consolidated mortgages totaling $40,000 on real property, on the ground of usury. During the course of the trial, plaintiff moved to discontinue his action. The motion was granted on condition that plaintiff pay all taxable costs to date plus an additional allowance of $2,000. Plaintiff refused in open court to pay such taxable costs and additional allowance, and the court directed plaintiff to proceed with the trial of the action. Plaintiff refused in open court to so proceed, and thereupon defendant moved for a dismissal of the complaint for plaintiff's failure to proceed. Order denying plaintiff's motion to discontinue the action and granting defendant's motion to dismiss the complaint with all taxable costs to date and an additional allowance of $2,000, and the judgment entered thereon, unanimously modified by eliminating the additional allowance, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

IRVING GREENBERG, Respondent, v. THE TEXAS COMPANY, Appellant.— Plaintiff gave an option to defendant that he would assign and convey to defendant his lease covering a gasoline station, with the buildings and improvements thereon. Defendant accepted the option but subsequently failed to accept the assignment of the lease and of the buildings and the equipment. Plaintiff brings this action for damages for defendant's failure to comply with the terms of the option. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. FRIEDMAN, Appellant.— Judgment convicting defendant of violation of Penal Law, section 1293-b (obtaining property or credit by use of false statement), unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GREENBERG, Appellant.— Judgment convicting defendant of violation of section 1292-a of the Penal Law (issuing fraudulent check) unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAKE BERENBACK (Correct Name JAKE BIRNBACH), Appellant.— Judgment convicting defendant of violation of section 483, subdivision 2, of the Penal Law (impairing the morals of a minor) unanimously reversed, the information dismissed and defendant discharged. Upon all the evidence the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.